Opinion issued February 25, 2010 









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-01064-CV

____________


JULE BROWNFIELD AND KIM STELTER, Appellants


V.


ADRIAN GARCIA, IN HIS OFFICIAL CAPACITY AS SHERIFF OF
HARRIS COUNTY, TEXAS AND HARRIS COUNTY, TEXAS, Appellee






On Appeal from the 133rd District Court

Harris County, Texas

Trial Court Cause No. 2009-00129






MEMORANDUM OPINION

 Appellants, Jule Brownfield and Kim Stelter, have filed an unopposed motion
to dismiss the appeal. No opinion has issued. Accordingly, the motion is granted,
and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Alcala and Higley.